No. 10M84. SHIPLET *v.* VILSACK, SECRETARY OF AGRICULTURE. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal denied without prejudice to

filing a renewed motion together with either a redacted supplemental appendix or an explanation as to why the supplemental appendix may not be redacted within 30 days.